| | |
|---|---|
| 1 | YOUNG, MINNEY & CORR, LLP |
|   | PAUL C. MINNEY, SBN 166989 |
| 2 | SARAH J. KOLLMAN, SBN 244314 |
|   | S. EDWARD SLABACH, SBN 206020 |
| 3 | 655 University Ave. Suite 150 |
|   | Sacramento, CA 95825 |
| 4 | Telephone:  (916) 646-1400 |
|   | Facsimile:  (916) 646-1300 |
| 5 | E-mail:  pminney@mycharterlaw.com |
|   |          tslabach@mycharterlaw.com |

*Attorneys for Plaintiff,*
PROMISE PUBLIC SCHOOLS, INC.

John R. Yeh (SBN 154576)
E-mail: jyeh@bwslaw.com
Gregory R. Aker (SBN 104171)
E-mail: gaker@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
60 South Market Street, Suite 1000
San Jose, CA  95113-2336
Tel:  408.606.6300     Fax:  408.606.6333

Attorneys for Defendants
SAN JOSE UNIFIED SCHOOL DISTRICT, et al; NANCY ALBARRAN; STEPHEN McMAHON; KIMBERLY MEEK; TERESA CASTELLANOS; JOSE MAGANA; CARLA COLLINS; BRIAN WHEATLEY

UNITED STATE DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PROMISE PUBLIC SCHOOLS, INC., a nonprofit corporation, | ) ) ) | CASE NO.: 3:20-cv-08555-NC |
| Plaintiff, | ) ) ) | **STIPULATION OF DISMISSAL [FRCP 41(A)] AND ORDER OF DISMISSAL** |
| v. | ) ) | |
| SAN JOSE UNIFIED SCHOOL DISTRICT; NANCY ALBARRAN; STEPHEN McMAHON; KIMBERLY MEEK; TERESA CASTELLANOS; JOSE MAGANA; CARLA COLLINS; BRIAN WHEATLEY, and DOES 1 through 50, | ) ) ) ) ) ) | **[The Honorable CHARLES R. BREYER]** |
| Defendants. | ) ) ) | |

YOUNG, MINNEY
& CORR, LLP
655 UNIVERSITY AVENUE,
SUITE 150
SACRAMENTO, CA  95825

-1-
STIPULATION OF DISMISSAL [FRCP 41(A)] AND ORDER OF DISMISSAL
(CASE NO. 3:20-CV-08555-NC)

Plaintiff PROMISE PUBLIC SCHOOLS, INC. and Defendants SAN JOSE UNIFIED SCHOOL DISTRICT, et al; NANCY ALBARRAN; STEPHEN McMAHON; KIMBERLY MEEK; TERESA CASTELLANOS; JOSE MAGANA; CARLA COLLINS; BRIAN WHEATLEY, hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii) that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

Dated: September 19, 2022

**YOUNG, MINNEY & CORR, LLP**

By: /s/ *S. Edward Slabach*
S. EDWARD SLABACH
*Attorney for Plaintiff,*
PROMISE PUBLIC SCHOOLS, INC.

Dated: September 19, 2022

BURKE, WILLIAMS & SORENSEN, LLP

By: **/S/Signed Electronically by Agreement of Parties**
John R. Yeh
Attorneys for Defendants
SAN JOSE UNIFIED SCHOOL DISTRICT, et al.

**ORDER OF DISMISSAL**

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

Dated: September 21, 2022

_____
The Honorable CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

YOUNG, MINNEY
& CORR, LLP
655 UNIVERSITY AVENUE,
SUITE 150
SACRAMENTO, CA 95825

-2-
STIPULATION OF DISMISSAL [FRCP 41(A)] AND ORDER OF DISMISSAL
(CASE NO. 3:20-CV-08555-NC)